# Court of Appeals
# of the State of Georgia

ATLANTA,   August 07, 2014   

*The Court of Appeals hereby passes the following order:*

## A14D0462.  SCOTT HURA v. CHRISTINA HURA.

Scott Hura filed this application from the trial court's order suspending his visitation with the parties' minor child.  Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable.  Here, the trial court's order is a custody order as it affects visitation rights, and "[u]nder Georgia law, visitation rights are a part of custody." *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013). A party seeking to challenge a child custody order that affects visitation, therefore, may file a direct appeal. See *Edge v.* Edge, 290 Ga. 551, 552 (1) (722 SE2d 749) (2012).  We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.

Hura shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, he has already filed a notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 08/07/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*